UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE VASQUEZ BAUTISTA,<br><br>Defendant. | Case No. 16-cr-00003-TEH-EMC-1<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE**<br><br>Docket No. 61 |

    Currently pending before the Court is Mr. Bautista's motion for compassionate release pursuant to 18 U.S.C. § 3582. Having considered the parties' briefs and accompanying submissions, the Court hereby **DENIES** the request for relief.

    The government concedes that Mr. Bautista suffers from obesity which puts him at heightened risk of severe illness due to COVID-19. (The government disputes that Mr. Bautista has moderate or severe asthma.) However, the government argues, and the Court agrees, that compassionate release is not appropriate in light of the § 3553(a) factors. *See* 18 U.S.C. § 3582(c)(1)(A) (providing that a court may reduce the term of imprisonment "after considering the factors set forth in section 3553(a) to the extent that they are applicable"). Those factors include "the nature and circumstances of the offense" and "the need for the sentence imposed . . . to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense." *Id.* § 3553(a). Here, the Court takes into account that Mr. Bautista's offense involved the manufacture of a substantial amount of methamphetamine, that his original sentence was already a variance downward from the Sentencing Guidelines range, and that he has served only 40 percent (approximately) of his expected sentence. The Court also finds that in view of the

nature of his offense which entails the manufacture of a substantial amount of methamphetamine and the relative recency of his conviction, Mr. Bautista currently represents a danger to the community.

This order disposes of Docket No. 61.

**IT IS SO ORDERED**.

Dated: November 30, 2020

_____
EDWARD M. CHEN
United States District Judge